JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GICELA BURGOS,

Plaintiff,

v.

CVS PHARMACY, INC., et al.,

Defendants.

Case No. CV 25-10381-MWF(Ex)

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION

The Court has considered the parties' Stipulation for Dismissal of Action (the "Stipulation"). (Docket No. 26). For good cause shown, the Court GRANTS the Stipulation. This action is DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: November 13, 2026

MICHAEL W. FITZGERALD
United States District Judge